**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re: )
)
RAHIM JOYCE, ) Case No. 17-13618-BFK
) Chapter 13
Debtor. )

**ORDER TO SHOW CAUSE AND ORDER**
**SUSPENDING LOCAL RULES OF DISMISSAL**

To: Rahim Joyce
10001 Georgetown Pike, #1170
Great Falls, VA 22066

and

To: Rick Rahim
10001 Georgetown Pike, #1170
Great Falls, VA 22066

THIS CASE is before the court on the Voluntary Petition filed by Rahim Joyce (Docket No. 1). The United States Trustee has filed a Motion to Suspend Local Rules of Dismissal (Docket No. 17). It appears to the Court, according to the U.S. Trustee's allegations, that this case may have been filed in bad faith and exhibits possible abuse of the bankruptcy system. It appearing proper to do so, it is

**ORDERED**:

1. The Court will hold a hearing on **December 14, 2017, at 1:30 p.m.,** at the United States Bankruptcy Court for the Eastern District of Virginia, 200 S. Washington St., Alexandria, VA 22314, in Judge Kenney's courtroom, to determine whether sanctions are appropriate in this case.

2. **The Debtor <u>and</u> Mr. Rick Rahim must be present at the aforesaid hearing**.

      3.      The Local Bankruptcy Rules for dismissal of this case are suspended. The Clerk will not dismiss this case without a further Order of this Court.

      4.      The Clerk shall mail copies of this Order, or give electronic notice of its entry, to the parties listed below.

Date: Nov 6 2017

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: November 6, 2017

Copies to:

Rahim Joyce
10001 Georgetown Pike, #1170
Great Falls, VA 22066
*Chapter 13 Pro Se Debtor*

Thomas P. Gorman
300 North Washington Street, Suite 400
Alexandria, VA 22314
*Chapter 13 Trustee*

Bradley D. Jones, Esquire
Office of the U.S. Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314
*Counsel for the U.S. Trustee*

Joyce L. Rahim
10001 Georgetown Pike, #1170
Great Falls, VA 22066

Rick Rahim
10001 Georgetown Pike, #1170
Great Falls, VA 22066