**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| RAHIM JOYCE, ) | Case No. 17-13618-BFK |
| ) | Chapter 13 |
| Debtor. ) | |

**ORDER CONTINUING HEARING**

This matter is before the Court on the U.S. Trustee's Motion to Continue filed April 18, 2018 (Docket No. 56). The Motion asks to continue the hearing scheduled for April 18, 2018 at 11:00 a.m. The Court will continue the hearing to Tuesday, April 24, 2018 at 9:30 a.m. for status.

It is therefore **ORDERED**:

1. The hearing is continued to **Tuesday, April 24, 2018 at 9:30 a.m.** for status. The Court will set a hearing date and time for evidence and argument.

2. The Clerk will mail a copy of this Order to Mr. Rahim and will provide cm-ecf notice of the entry of this Order to the Chapter 13 Trustee and to the Office of the U.S. Trustee.

Date: Apr 13 2018

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: April 13, 2018

Copies to

Rahim Joyce
10001 Georgetown Pike, #1170
Great Falls, VA 22066
*Chapter 13 Pro Se Debtor*

Thomas P. Gorman
300 North Washington Street, Suite 400
Alexandria, VA 22314
*Chapter 13 Trustee*

Jack Frankel
Office of the U.S. Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314
*Counsel for the U.S. Trustee*

Rick Rahim
10001 Georgetown Pike, #1170
Great Falls, VA 22066

1